KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081

Attorneys for Plaintiff

**FILED**

JAN 31 2007

RICH ... KING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00762 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION AUTHORIZING THE CLERK'S OFFICE TO RELEASE SEALED DOCUMENTS TO LEGAL ASSISTANT OF UNITED STATES ATTORNEY'S OFFICE [~~PROPOSED~~] ORDER |
| BRIAN VERHOEVEN, | ) |
| Defendant. | ) |

The United States of America, by and through Assistant United States Attorney Mark L. Krotoski, hereby applies for an order authorizing the Clerk's office to release any sealed documents in the above-entitled matter to legal assistant of the United States Attorney's Office. Recent documents were filed under seal by the Court and agreement of the parties, and the U.S. Attorney's Office needs to obtain copies of these documents. The Clerk's office has indicated that an Order of the Court is necessary to release the documents to legal assistants of the United States Attorney's Office. Fort this reason, the U.S. Attorney's Office respectfully requests

//
//
//
//

APPLICATION AND PROPOSED ORDER
CR 06-00762 RMW

1 | that the Clerk's Office be authorized to release copies of any documents in this case to Legal
2 | Assistant Kathy Huynh, or Legal Assistant of the U.S. Attorney's Office.
3 | DATED: January 11, 2007                    Respectfully Submitted,

KEVIN V. RYAN
United States Attorney

/s/ Mark L. Krotoski

MARK L. KROTOSKI
Assistant United States Attorney

It is so ORDERED.

DATED: January 31, 2007

/s/ Ronald M. Whyte

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

APPLICATION AND PROPOSED ORDER
CR 06-00762 RMW