1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4      150 Almaden Avenue, Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5035
       FAX: (408) 535-5081
6      E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11
                                              *E-FILED - 7/5/07*
12

13
   UNITED STATES OF AMERICA,       )   No. CR 06-00247 RMW
14                                 )
           Plaintiff,               )
15                                 )
       v.                          )
16                                 )
   BRIAN VERHOEVEN,                )
17     a/k/a bastard,              )
                                   )
18         Defendant.              )
                                   )
19  _____ )
                                   )   No. CR-06-00762 RMW
   UNITED STATES OF AMERICA,       )
20                                 )
           Plaintiff,               )
21                                 )
       v.                          )   AMENDED STIPULATION TO
22                                 )   ADVANCE SENTENCING HEARING
   BRIAN VERHOEVEN,                )   AND ORDER
23                                 )
           Defendant,              )
24  _____ )

25  //

26  //

27  //

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00247 RMW, CR-06-00762 RMW

1   It is hereby stipulated and agreed between defendant Brian Verhoeven, by and through his
counsel of record, Michael P. Chomiak, Esq., and the United States, by and through Assistant
United States Attorney Mark L. Krotoski, as follows:

1.  This matter is presently set for a sentencing hearing on August 6, 2007 at 9:00 a.m.

2.  Government counsel has a conflict on August 13, 2007 and is unable to be present at the hearing.

3.  For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to advance the sentencing hearing to August 6, 2007  at 9:00 a.m. from August 13, 2007 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: June 25, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: June 25, 2007

/s/
_____
MICHAEL P. CHOMIAK
Attorney for defendant Verhoeven

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is advanced to August 6, 2007 at 9:00 a.m.

Dated: July 5, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

1  Distribute To:

2

3  Michael P. Chomiak
   Attorney at Law
   820 West Jackson Boulevard, Suite 300
4  Chicago, Illinois  60607
   FAX (312) 831-1502

5

6  Mark L. Krotoski
   AUSA
7  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

8

   Joshua D. Sparks
9  U.S. Probation Officer
   280 South First Street
10 San Jose, CA 95113

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28